

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00025-CR

**LAWRENCE PAUL GARGANO,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 08-04309-CRF-85

## MEMORANDUM  OPINION

Appellant, Lawrence Paul Gargano, appealed the trial court's revocation of his community supervision pertaining to the underlying offense of driving while intoxicated, a third offense.  *See* TEX. PENAL CODE ANN. §§ 49.04(a), 49.09 (West Supp. 2013).  On May 23, 2014, appellant's counsel filed a motion to dismiss this appeal that was signed by both appellant and his counsel and indicated an intent to "withdraw appellant's notice of appeal and dismiss this appeal."

Appellant's motion to dismiss is granted, and this appeal is hereby dismissed.

*See* TEX. R. APP. P. 42.2(a).


AL SCOGGINS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion to dismiss granted; appeal dismissed
Opinion delivered and filed June 5, 2014
Do not publish
[CR25]